IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT BRIDGES, *et al.*, | ) |
|       Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
|       Defendant. | ) ) |

No. 18-727C
Judge Lydia K. Griggsby

## JOINT STATUS REPORT

Pursuant to the Court's order dated February 14, 2020, the parties respectfully submit this joint status report regarding further proceedings in this case.

The parties state that they have concluded discovery in this case, as scheduled by the Court's November 26, 2019 order. With respect to further proceedings, the parties state that they anticipate filing dispositive motions addressing the issue of liability on or before June 30, 2020. The parties state that they anticipate filing responses to the motions for summary judgment on or before July 31, 2020, and reply briefs on or before August 14, 2020.

                                                                                               Respectfully submitted,

                                                                                               JOSEPH H. HUNT
                                                                                               Assistant Attorney General

                                                                                               ROBERT E. KIRSCHMAN, JR.
                                                                                               Director

                                                                                               /s/ Reginald T. Blades, Jr.

                                                                                               REGINALD T. BLADES, JR.
                                                                                               Assistant Director

| | |
|---|---|
| /s/ David Ricksecker | /s/ Lauren S. Moore |
| DAVID RICKSECKER<br>McGillivary Steele Elkin LLP<br>1101 Vermont Ave., N.W.<br>Suite 1000<br>Washington, D.C. 20005<br>Tele: 202-833-8855<br>Fax: 202-452-1090<br>Email: dr@mselaborlaw.com | LAUREN S. MOORE<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Tel:  (202) 616-0333<br>Fax: (202) 305-7643<br>Email: Lauren.moore@usdoj.gov |
| Attorney for Plaintiffs | Attorneys for Defendant |

April 30, 2020