# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ROBERT BRIDGES, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-727C |
| v. | ) ) ) | Filed May 12, 2020 |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

On May 12, 2020, the parties participated in a telephonic status conference in the above-captioned civilian pay matter. The Court, with the assistance of the parties, adopts the following schedule for the briefing of the parties' cross-motions for partial summary judgment on liability:

| | |
|---|---|
| Plaintiffs shall **FILE** a motion for partial summary judgment. | **June 30, 2020** |
| The government shall **FILE** a response to plaintiffs' motion for partial summary judgment and any cross-motion for partial summary judgment. | **August 7, 2020** |
| Plaintiffs shall **FILE** a reply in support of their motion for partial summary judgment and a response to the government's cross-motion for partial summary judgment. | **September 11, 2020** |
| The government shall **FILE** a reply in support of its motion for partial summary judgment. | **September 29, 2020** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge